UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:15-cr-183-T-30AEP

D. ANDA NORBERGS

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States of America's motion for a forfeiture money judgment (Doc. 133) against the defendant in the amount of $866,988.46.

Being fully advised of the relevant facts, the Court hereby finds that the defendant obtained at least $866,988.46 in proceeds from the (1) receipt and delivery of misbranded drugs in interstate commerce, (2) smuggling of goods into the United States, (3) health care fraud scheme, and (4) mail fraud scheme affecting a health care benefit program, for which she was found guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 133) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 982(a)(2)(B) and (a)(7), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $866,988.46.

It is FURTHER ORDERED that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 3rd day of April, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record