UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 8:15-cr-183-T-30AEP

D. ANDA NORBERGS,

    Defendant,

    and

TIAA-CREF INDIVIDUAL &
INSTITUTIONAL SERVICES,
LLC,

    Garnishee.

## APPLICATION FOR WRIT OF GARNISHMENT

The United States applies under 18 U.S.C. § 3613 and 28 U.S.C. §§ 3002, 3202, and 3205 of the Federal Debt Collection Procedures Act (FDCPA) for issuance of a Writ of Garnishment for substantial nonexempt property belonging to or due to Defendant-Judgment Debtor, D. Anda Norbergs as follows:

    1.    This Court entered judgment against Norbergs on August 4, 2017, in favor of the United States of America, for restitution in the amount of $848,671.19. As of November 17, 2017, Norbergs has made no payments toward her restitution, and her outstanding balance remains $848,671.19.

2. Under 18 U.S.C. § 3613(c), upon entry of judgment, a lien arose against all of Norbergs's property and rights to property.

3. The Defendant-Judgment Debtor's full name is Diana Anda Nornbergs, Social Security Number is xxx-xx-6287, and last known address is in St. Pete Beach, FL 33706. More than 30 days has lapsed since demand for payment of the debt was made, and Norbergs has not paid the amount due.

4. To enforce the judgment against Norbergs in this matter, the United States requests that a Writ of Garnishment be issued for service upon the Garnishee. The name and address of the Garnishee and its authorized agent is:

> TIAA-CREF Individual & Institutional Services, LLC
> ATTN: Legal Department
> 8500 Andrew Carnegie Blvd.
> Charlotte, NC 28262

5. The United States believes that the Garnishee is in possession, custody, or control of substantial nonexempt property belonging to or due to Norbergs—specifically, her annuity contracts: TIAA xxxx339-8 and CREF xxxx339-5.

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of Court to issue a Writ of Garnishment and Clerk's Notice of Garnishment.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   *s/ Jillian M. Jewell*
        JILLIAN M. JEWELL
        Assistant United States Attorney
        Florida Bar Number 112974
        Financial Litigation Unit/TLD
        400 North Tampa Street, Suite 3200
        Tampa, FL 33602
        Telephone:  (813) 301-3069
        Facsimile:   (813) 274-6247
        E-mail: FLUDocket.mailbox@usdoj.gov

Dated: November 17, 2017